1134

No. 95–7309. MASON v. UNITED STATES PAROLE COMMISSION. C. A. 5th Cir. Certiorari denied.

No. 95–7311. LOPEZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–7314. HOBBS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–7318. DANIEL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–7326. OKWECHIME v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–7327. RICHARDS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 95–7329. DOLENC v. ROLLINS. C. A. 3d Cir. Certiorari denied.

No. 95–7331. ALLICOCK v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–7332. BERG v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–7333. CHILDS v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 95–7334. COWAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–7342. OWOLABI v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–7347. BAUTISTA-CHAVARRIAGA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–7350. HOUSTON v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 95–7351. FAILOR v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.